■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v REGGIE BULLOCK, Respondent. (Appeal No. 3.) [795 NYS2d 916]— Appeal from an order of the Wyoming County Court (Michael F. Griffith, J.), entered August 9, 2004. The order, insofar as appealed from, granted defendant's motion in part and reduced count one of the indictment to promoting prison contraband in the second degree.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Stanley* (19 AD3d 1152 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALVIN HENNIGAN, Respondent. (Appeal No. 4.) [795 NYS2d 916]— Appeal from an order of the Wyoming County Court (Mark H. Dadd, J.), entered August 24, 2004. The order, insofar as appealed from, granted defendant's motion in part and reduced count one of the indictment to promoting prison contraband in the second degree.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Stanley* (19 AD3d 1152 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PATRICK REILLY, Respondent. (Appeal No. 5.) [795 NYS2d 917]— Appeal from an order of the Wyoming County Court (Mark H. Dadd, J.), entered August 26, 2004. The order, insofar as appealed from, granted defendant's motion in part and reduced count one of the indictment to promoting prison contraband in the second degree.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Stanley* (19 AD3d 1152 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.